US District Eastern District New York   Case CV 10-0226 J. Bianco, M. J. Wall

Bonnie Aber-Shukofsky, and Dayna Murray, on behalf of themselves and all other similarly situated,

    -AGAINST-                               AFFIDAVIT OF SERVICE

JPMORGAN Chase & CO. and JPMORGAN Chase Bank, N.A., as successors in interest to WASHINGTON MUTUAL Bank,

State of: New York, Suffolk County, Juan Pereira NYC DCA #0862954 being duly sworn, deposes and says that he is over the age eighteen years, is employed by the attorney service NY Server LLC, and is not a party to this action.

On 1/28/2010 at 1102 AM, deponent served a true copy of the Civil Cover Sheet Form JS 44(12/07), Summons in a Civil Action (12/09), Class Action Complaint, Individual motion practices of magistrate Judge William D. Wall, Individual motion practice and rules of Judge Joseph F. Bianco, regarding service upon JPMorgan Chase & Co. Linda A. Platone, Legal Specialist III who informed deponent she is an authorized agent for JP Morgan Chase & Co., One Chase Manhattan, Fl. 20, NY NY 10005-1401

Recipient Description
White female, approximately 50 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 150 pounds with blonde hair and hazel eyes.

_____ Juan Pereira NYC DCA #0862954 Process Server
Sworn to before me this 29th day of Jan 20 10

_____
Notary Public

Christina Hummler
Notary Public, State of New York
No. 01HU4637421
Qualified in Suffolk
Commission Expires 8/30/2010