**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**Nichols Kaster, PLLP**
Paul J. Lukas, MN Bar No. 22084X
(forthcoming motion to be admitted *pro hac vice*)
Timothy C. Selander, MN Bar No. 0387016
(forthcoming motion to be admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A., as successors in interest to WASHINGTON MUTUAL BANK,**<br><br>**Defendants.** | **NOTICE OF CONSENT FILING**<br><br>Case No.: 2:10-cv-00226-JFB-WDW |

     PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form(s) for the following person(s):


Joyce Patrick
Sally Roark

1

Dated: February 12, 2010

Respectfully submitted,

By:

/s/ Jack A. Raisner
Jack A. Raisner (JR 6171)

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone (212) 245-1000

**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN Bar No. 22084X
(forthcoming motion to be admitted *pro hac vice*)
Timothy C. Selander, MN Bar No. 0387016
(forthcoming motion to be admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BONNIE ABER-SHUKOFSKY and DAYNA
MURRAY, on behalf of themselves and all
others similarly situated,

Plaintiffs,

-against-

JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A. as successors in interest to
WASHINGTON MUTUAL BANK,

Defendants.

Consent to Join

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

*Joyce Patrick*
Signature

Joyce Patrick
Print Name

2/8/10
Date

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. as successors in interest to WASHINGTON MUTUAL BANK,<br><br>Defendants. | Consent to Join |

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

_____
Signature

_Sally Roark_____
Print Name

_2/8/10_____
Date

REDACTED

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

CERTIFICATE OF SERVICE
Aber-Shukofsky et a. v. JPMorgan Chase & Co. et al.
Case No.: 2:10-cv-00226 (JFB)(WDW)

I hereby certify that on February 12, 2010, I caused the following document(s):

Notice of Consent Filing

to be filed electronically with the Clerk of Court through ECF.

| | |
|---|---|
| Dated: February 12, 2010 | OUTTEN & GOLDEN LLP |

/s/Garrett Kaske

Garrett Kaske
Paralegal
3 Park Avenue, 29th Floor
New York, NY 10016
T: (212) 245-1000
F: (212) 977-4005