**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**Nichols Kaster, PLLP**
Paul J. Lukas, MN Bar No. 22084X
(forthcoming motion to be admitted *pro hac vice*)
Timothy C. Selander, MN Bar No. 0387016
(forthcoming motion to be admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>-against-<br><br>**JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A., as successors in interest to WASHINGTON MUTUAL BANK,**<br><br>Defendants. | NOTICE OF CONSENT FILING<br><br>Case No.: 2:10-cv-00226-JFB-WDW |

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person:

Carole Bray
Sharon Cutliff
Lachon Ellman
Paula Klabacha
Lisa Tevis


Dated: February 19, 2010

1

Respectfully submitted,

Dated: February 19, 2010

/s/ Timothy C. Selander
**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN Bar No. 22084X
(forthcoming motion to be admitted *pro hac vice*)
Timothy C. Selander, MN Bar No. 0387016
(admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone (212) 245-1000

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS**

**IN THE UNITED STATES DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. as successors in interest to WASHINGTON MUTUAL BANK,<br><br>Defendants. | Consent to Join |

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

_____
Signature

CAROLE BRAY
Print Name

2/12/10
Date

REDACTED

Return to: Nichols Kaster, PLLP, Attention Tim Selander
4600 IDS Center, 80 S. 8th St. Minneapolis, MN 55402
Fax: (612) 215-6870
Email: selander@nka.com  Web: www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. as successors in interest to WASHINGTON MUTUAL BANK,<br><br>Defendants. | Consent to Join |

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

_____
Signature

Sharon Cutliff
Print Name

2/11/2010
Date

REDACTED

Return to:   Nichols Kaster, PLLP, Attention Tim Selander
4600 IDS Center, 80 S. 8th St. Minneapolis, MN 55402
Fax: (612) 215-6870
Email: selander@nka.com   Web: www.overtimecases.com

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BONNIE ABER-SHUKOFSKY and DAYNA
MURRAY, on behalf of themselves and all
others similarly situated,

Plaintiffs,

-against-

JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A. as successors in interest to
WASHINGTON MUTUAL BANK,

Defendants.

Consent to Join

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

_Lachon R. Ellman_
Signature

LACHON R. Ellman
Print Name

2/18/2010
Date

REDACTED

Return to:   Nichols Kaster, PLLP, Attention Tim Selander
4600 IDS Center, 80 S. 8th St. Minneapolis, MN 55402
Fax: (612) 215-6870
Email: selander@nka.com   Web: www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. as successors in interest to WASHINGTON MUTUAL BANK,<br><br>Defendants. | Consent to Join |

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

*Paula B. Klabacha*
Signature

Paula B. Klabacha
Print Name

2/15/10
Date

REDACTED

Return to:   Nichols Kaster, PLLP, Attention Tim Selander
4600 IDS Center, 80 S. 8th St. Minneapolis, MN 55402
Fax: (612) 215-6870
Email: selander@nka.com   Web: www.overtimecases.com

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. as successors in interest to WASHINGTON MUTUAL BANK,<br><br>Defendants. | Consent to Join |

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

_____
Signature

LISA TEVIS
_____
Print Name

2-18-2010
_____
Date

REDACTED

Return to:   Nichols Kaster, PLLP, Attention Tim Selander
             4600 IDS Center, 80 S. 8th St. Minneapolis, MN 55402
             Fax: (612) 215-6870
             Email: selander@nka.com   Web: www.overtimecases.com

**FOR THE EASTERN DISTRICT OF NEW YORK**

CERTIFICATE OF SERVICE
Aber-Shukofsky, et al. v. JPMorgan Chase & Co., et al.
Case No.: 2:10-cv-00226(JFB)(WDW)

I hereby certify that on February 18, 2010, I caused the following document(s):

Notice of Consent Filing

to be filed electronically with the Clerk of Court through ECF.

| Dated: February 19, 2010 | Nichols Kaster, PLLP |
|---|---|

/s/ Timothy C. Selander
**NICHOLS KASTER, PLLP**
Timothy C. Selander, MN Bar No. 0387016
(admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200