**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**Nichols Kaster, PLLP**
Paul J. Lukas, MN Bar No. 22084X
(forthcoming motion to be admitted *pro hac vice*)
Timothy C. Selander, MN Bar No. 0387016
(forthcoming motion to be admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

<div align="center">

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

</div>

| | |
|---|---|
| **BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated,**<br><br><div align="center">**Plaintiffs,**</div><br><div align="center">**-against-**</div><br>**JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A., as successors in interest to WASHINGTON MUTUAL BANK,**<br><br><div align="center">**Defendants.**</div> | <div align="center">**NOTICE OF CONSENT FILING**<br><br>Case No.: 2:10-cv-00226-JFB-WDW</div> |

        PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person:

Tighe          Derek


Dated:          February 25, 2010

Respectfully submitted,

Dated: February 25, 2010

/s/ Timothy C. Selander_____
**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN Bar No. 22084X
(forthcoming motion to be admitted *pro hac vice*)
Timothy C. Selander, MN Bar No. 0387016
(admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone (212) 245-1000

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS**



REDACTED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE ABER-SHUKOFSKY and DAYNA MURRAY, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| -against- | Consent to Join |
| JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. as successors in interest to WASHINGTON MUTUAL BANK, | |
| Defendants. | |

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase & Co. and JPMorgan Chase Bank, N.A. as successors in interest to Washington Mutual Bank in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Nichols Kaster, PLLP to represent me in the lawsuit.

_____
Signature

Derek Tishe
_____
Print Name

2-25-2010
_____
Date

REDACTED

Return to:    Nichols Kaster, PLLP, Attention Tim Selander
              4600 IDS Center, 80 S. 8th St. Minneapolis, MN 55402
              Fax: (612) 215-6870
              Email: selander@nka.com Web: www.overtimecases.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**


CERTIFICATE OF SERVICE
Aber-Shukofsky, et al. v. JPMorgan Chase & Co., et al.
Case No.: 2:10-cv-00226(JFB)(WDW)


I hereby certify that on February 25, 2010, I caused the following document(s):

Notice of Consent Filing

to be filed electronically with the Clerk of Court through ECF.

| | |
|---|---|
| Dated: February 25, 2010 | Nichols Kaster, PLLP |


/s/ Timothy C. Selander_____
**NICHOLS KASTER, PLLP**
Timothy C. Selander, MN Bar No. 0387016
(admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200